UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Ronald Jean Martin Agenor**
7527 Roswell Rd Ne #566852
Atlanta, GA 31156

xxx–xx–7034

**Tonya Williams Agenor**
7527 Roswell Rd. Ne #566852
Atlanta, GA 31156

xxx–xx–6339

Case No.: **14–51529–wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

## NOTICE SETTING DEADLINE FOR
## FILING PROOFS OF CLAIM

   You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

   Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non–government proof of claim: **09/03/14**

Government proof of claim: **09/03/14**

File with:
United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

Use Official Form B10 to file a claim. Access the Forms tab at www.ganb.uscourts.gov or visit the Clerk's office for a copy.

**If you have already filed your proof of claim, it is not necessary to refile.**

_M. Regina Thomas_ (signature)

M. Regina Thomas
Clerk of Court

U.S. Bankruptcy Court

Dated: June 5, 2014

Form ntcpoc