**IT IS ORDERED as set forth below:**

**Date: April 27, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| RONALD JEAN MARTIN AGENOR and | : | CASE NO. 14-51529 - WLH |
| TONYA WILLIAMS AGENOR, | : | |
| | : | |
| Debtors. | : | |
| | : | |

**ORDER APPROVING SETTLEMENT AND COMPROMISE WITH DEBTORS UNDER FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 9019 AND AUTHORIZING PAYMENTS TO TRUSTEE**

On March 18, 2015, S. Gregory Hays, as Chapter 7 Trustee ("Trustee") for the bankruptcy estates (collectively, the "Bankruptcy Estate") of Ronald J.M. Agenor ("Mr. Agenor") and Tonya Williams Agenor ("Mrs. Agenor," and collectively with Mr. Agenor "Debtors"), filed a *Motion for Order Authorizing Compromise and Settlement with Debtors under Federal Rules of Bankruptcy Procedure Rule 9019 and Compelling Payments Directly to Trustee* (Doc. No. 49) (the "Motion") seeking an order approving a settlement and compromise (the "Settlement") between Trustee and Debtors regarding issues related to Mr. Agenor's Exemption of his interest in his ATP Plan and certain Annual Payments

7534497v1

from the ATP Plan.[1]  Under the terms of the Settlement, among other things, Mr. Agenor shall pay $94,500.00 (the "$94,500.00 Settlement Funds") to Trustee from the Annual Payments by turning over, or causing to be turned over, to Trustee 60% of each Annual Payment (the "60% Payment") until the $94,500.00 Settlement Funds are paid in full.

On March 19, 2015, Trustee filed a notice of hearing (Doc. No. 51) (the "Notice") setting a hearing on the Motion for April 23, 2015 at 10:30 a.m. (the "Hearing").  Counsel for Trustee asserts that he served the Notice on all requisite parties in interest. (Doc. No. 51).

On April 20, 2015, Trustee filed a supplement to the Motion. (Doc. No. 55).

No objections to the relief requested in the Motion, as supplemented, were filed or served.  Counsel for Trustee appeared at the calendar call for the Hearing, and Mrs. Agenor appeared telephonically. No parties in interest appeared to oppose the relief requested in the Motion.

Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED**: the Settlement is approved.  It is further

**ORDERED** that Trustee may take any other actions necessary to effectuate the terms of the Settlement, including executing additional transfer documents related to the Annual Payments.  It is further

**ORDERED** that each 60% Payment is authorized to be paid directly to Trustee until the $94,500.00 Settlement Funds are paid in full.

**ORDERED** that this Court retains jurisdiction (i) to interpret, implement, and enforce this Order, (ii) to resolve any disputes regarding or concerning the Settlement, and (iii) to enter

---

[1] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Motion.

7534497v1

2

such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

## [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone: (404) 873-7030

**Identification of parties to be served:**

R. Jeneane Treace
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE
Suite 200
Atlanta, GA 30326

Ronald Jean Martin Agenor
20533 Biscayne Blvd, #119
Aventura, FL 33180

Tonya Williams Agenor
20533 Biscayne Blvd, #119
Aventura, FL 33180

John R. Smith, Jr.
Attorney for ATP Tour, Inc.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

7534497v1

3