**IT IS ORDERED as set forth below:**



**Date: July 27, 2020**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-51529-WLH |
| | ) | |
| RONALD JEAN MARTIN AGENOR and | ) | |
| TONYA WILLIAMS AGENOR, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |
|                                                               | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee of the Estate of | ) | CONTESTED MATTER |
| Ronald Jean Martin Agenor and | ) | |
| Tonya Williams Agenor, | ) | |
| | ) | |
| Objector, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JASON FELDMAN, | ) | |
| | ) | |
| Claimant. | ) | |

**ORDER SUSTAINING OBJECTION
TO CLAIM NO. 9-1 FILED BY JASON FELDMAN**

15285987v1

On June 4, 2020, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estates of Ronald Jean Martin Agenor and Tonya Williams Agenor, filed an objection (the "**Objection**") to Claim No. 9-1 (the "**Claim**") filed by Jason Feldman ("**Claimant**") and a notice of requirement of response and notice of hearing (the "**Notice**") setting a hearing (the "**Hearing**") on the Objection for July 23, 2020 [Doc. No. 70]. Counsel for Trustee asserts that he served the Objection and the Notice on all requisite parties in interest. [Doc. No. 70].

In the Objection, Trustee requested that the Claim be reclassified and allowed as a non-priority, general unsecured claim in the amount of $17,340.00.

No party in interest filed a response to the Objection.

Counsel for Trustee appeared at the calendar call for the Hearing.  No creditor or other party interest appeared at the calendar call for the Hearing.

The Court having considered the Objection and the entire record in this bankruptcy case and no parties in interest having filed or served a response to the Objection or appearing at the Hearing to oppose the relief requested in the Objection; and, for good cause shown, it is hereby

**ORDERED** that the Objection is **SUSTAINED**: Claim No. 9-1 is reclassified and allowed as a non-priority, general unsecured claim in the amount of $17,340.00.

[END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
     Michael J. Bargar
     Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

15285987v1

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Tonya Williams Agenor
20533 Biscayne Blvd #119
Aventura, FL 33180

Ronald Jean Martin Agenor
20533 Biscayne Blvd #119
Aventura, FL 33180

Jason Feldman
825 Bass Landing Pl
Greensboro, NC 27455

Jason Feldman
6092 Delshire Ct
Raleigh, NC 27614

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road NW
Atlanta, GA 30305-2153

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

15285987v1