PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Ronald Jean Martin Agenor and Tonya Williams Agenor

Case No.: 14-51529    Chapter: 7

**Change of Address for:**
Debtor [ ]    Creditor [ ]    Attorney for Debtor [✔]    Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]    Payments ONLY [ ]    Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: October 19, 2020

Name: Atlas Acquisitions LLC

Prior Address: 294 Union St.
Hackensack, NJ 07601

***************************************************************************

New Address: 492C Cedar Lane, Ste 442
Teaneck, NJ 07666

Change of Address Was Furnished By:  Debtor [ ]    Creditor [✔]    Attorney [ ]

Date: October 19, 2020    Signature of Filer: /s/Avi Schild
Telephone Number: 888.762.9889

**IF FILED BY ATTORNEY**

Attorney Name: _____
Bar ID: _____
Address: _____
_____

Revised August 2012