**IT IS ORDERED as set forth below:**

Date: July 30, 2024

_____
Sage M. Sigler
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | CASE NUMBER: |
| **RONALD JEAN MARTIN AGENOR and TONYA WILLIAMS AGENOR**, | 14-51529-SMS |
| Debtors. | CHAPTER 7 |

### ORDER DENYING MOTION OBJECTING TO DISCHARGE

Before the Court is the *Motion Objecting to Discharge* (the "Motion," Doc. 96) filed by George Klein. In the Motion, Mr. Klein states that Ronald Jean Martin Agenor ("Debtor") lived in Mr. Klein's home for a year in 2011 and failed to pay Mr. Klein rent. Mr. Klein further states that he obtained a judgment against Debtor that Debtor has not satisfied. Finally, Mr. Klein states that Debtor is a tennis professional who makes money giving lessons and doing speaking engagements and that the Association of Tennis Professionals holds a large sum of income for him. For these reasons, Mr. Klein asks that the Court not grant Debtor a discharge. Attached to the Motion is a *Notice of Case Reassignment* (the "Notice," Doc. 94) with a hand-written note stating that Mr. Klein does not understand the purpose of the Notice.

The purpose of the Notice is simply to inform Mr. Klein that this case has been transferred from Judge Hagenau to Judge Sigler, and no action is necessary by Mr. Klein. A party objecting to discharge under these sections must do so via adversary proceeding. Fed. R. Bankr. P. 7001(4) But the deadline for Mr. Klein to file an adversary proceeding objecting to Debtor's discharge passed more than a decade ago on May 5, 2014. *See* Fed. R. Bankr. P. 4004. Because there is no relief requested in the Motion that the Court can grant, the Motion must be denied. Accordingly, it is

**ORDERED** that the Motion is **DENIED.**

The Clerk is directed to serve a copy of this Order on the attached distribution list.

**END OF DOCUMENT**

**Distribution List**

Ronald Jean Martin Agenor
20533 Biscayne Blvd #119
Aventura, FL 33180

Tonya Williams Agenor
20533 Biscayne Blvd #119
Aventura, FL 33180

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30305-2153

George Klein
31 24th Ave
Venice, CA 90291