# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 14-51529-WLH | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | RONALD MARTIN AGENOR | Date Filed (f) or Converted (c): | 01/23/2014 (f) |
| | TONYA WILLIAMS AGENOR | § 341(a) Meeting Date: | 03/04/2014 |
| For Period Ending: | 06/30/2024 | Claims Bar Date: | 09/03/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Regular Checking Account - Georgia | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Regular Checking Account - Georgia | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Dining Room Table | 200.00 | 0.00 | | 0.00 | FA |
| 4 | End Table | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Coffee Table | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Console Table | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Sofa | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Beds | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Dresser | 150.00 | 0.00 | | 0.00 | FA |
| 10 | Paintings/Wall Art | 125.00 | 0.00 | | 0.00 | FA |
| 11 | TV's | 150.00 | 0.00 | | 0.00 | FA |
| 12 | Cabinet | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Laptop | 200.00 | 0.00 | | 0.00 | FA |
| 14 | Laptop | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Guitar | 150.00 | 0.00 | | 0.00 | FA |
| 16 | Work and Casual Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 17 | Formal Clothes and Shoes | 300.00 | 0.00 | | 0.00 | FA |
| 18 | Children's Clothes & Accessories | 300.00 | 0.00 | | 0.00 | FA |
| 19 | Watch $100, Costume Jewelry $200, Earrings $50 | 350.00 | 0.00 | | 0.00 | FA |
| 20 | ATP Retirement Pension Plan with ATP<br>Settled per Order. Docket # 59. To be paid annually. | 275,000.00 | 0.00 | | 83,685.80 | 10,814.20 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 14-51529-WLH | Trustee Name: | (300320) S. Gregory Hays |
| --- | --- | --- | --- |
| Case Name: | RONALD MARTIN AGENOR | Date Filed (f) or Converted (c): | 01/23/2014 (f) |
|  | TONYA WILLIAMS AGENOR | § 341(a) Meeting Date: | 03/04/2014 |
| For Period Ending: | 06/30/2024 | Claims Bar Date: | 09/03/2014 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 21 | ATP Life Insurance - Florida | 0.00 | 0.00 |  | 0.00 | FA |
| 22 | Music - Georgia | 0.00 | 0.00 |  | 0.00 | FA |
| 23 | 2000 Mercedes CLK 320 Convertible<br>Abandoned per docket # 31. | 7,500.00 | 0.00 | OA | 0.00 | FA |
| 24 | 2002 Jaguar<br>Abandoned per docket # 31. | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 25 | Printer $40, 2005 Desktop Computer $200 | 240.00 | 0.00 |  | 0.00 | FA |
| 26 | Tennis Racquets | 600.00 | 0.00 |  | 0.00 | FA |
| 27 | 1 Dog<br>Abandoned per docket # 31. | 0.00 | 0.00 | OA | 0.00 | FA |
| 27 | **Assets  Totals**  (Excluding unknown values) | **$291,740.00** | **$0.00** |  | **$83,685.80** | **$10,814.20** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 14-51529-WLH | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** RONALD MARTIN AGENOR | **Date Filed (f) or Converted (c):** 01/23/2014 (f) |
| TONYA WILLIAMS AGENOR | **§ 341(a) Meeting Date:** 03/04/2014 |
| **For Period Ending:** 06/30/2024 | **Claims Bar Date:** 09/03/2014 |

**Major Activities Affecting Case Closing:**

The Debtors scheduled an exemption of Mr. Agenor's interest in an ATP Retirement Plan (the "ATP Plan"). The Trustee filed an objection to the Debtor's exemption in the ATP Plan. Following negotiations, Trustee and Debtors have reached an agreement related to the exemption where the Debtors shall pay $94,500.00 to Trustee from the annual payments by turning over, or causing to be turned over, to Trustee 60% of each annual payment until the $94,500 is paid to the Trustee. Approximately $10,000 is received each December.

The Trustee has filed claim objections which have been resolved. The Trustee plans to request authority to make interim distributions to administrative, priority claims and unsecured claims once sufficient funds accumulate to make meaningful distributions.

1/4/22 - Interim distribution made by trustee to administrative claims, priority tax creditor and a partial distribution to general unsecured creditors.

6/30/22 - Trustee anticipates receiving 3 or 4 annual payments from the ATP retirement pension plan. He will make a second distribution to general unsecured claims once sufficient funds accumulate to make meaningful distributions.

6/30/23 - Trustee anticipates receiving 2 or 3 annual payments from the ATP retirement pension plan. He will make a second distribution to general unsecured claims once sufficient funds accumulate to make meaningful distributions, likely after annual receipt in December 2023.

6/30/2024 - Trustee anticipates receiving 2 additional annual payments from the ATP retirement pension plan totaling $10,814.20. The next payment is estimated at $7,200 and will be made in November 2024 and final payment in November 2025. Trustee will make a determination of the cost-benefit of making a final distribution upon receipt of the next payment.

**Initial Projected Date Of Final Report (TFR):**    12/31/2015         **Current Projected Date Of Final Report (TFR):**    12/31/2024

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 14-51529-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | RONALD MARTIN AGENOR | Bank Name: | Mechanics Bank |
| | TONYA WILLIAMS AGENOR | Account #: | ******3566 Checking Account |
| Taxpayer ID #: | **-***8192 | Blanket Bond (per case limit): | $27,655,000.00 |
| For Period Ending: | 06/30/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/03/15 | {20} | Pacific Life Insurance Co | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 10,815.00 | | 10,815.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.51 | 10,800.49 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.97 | 10,785.52 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.95 | 10,770.57 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.99 | 10,753.58 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.90 | 10,738.68 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.88 | 10,723.80 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.92 | 10,706.88 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.84 | 10,692.04 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 16.86 | 10,675.18 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 15.31 | 10,659.87 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 14.77 | 10,645.10 |
| 11/22/16 | {20} | Pacific Life Insurance Co | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 10,815.00 | | 21,460.10 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.42 | 21,439.68 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.75 | 21,408.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.83 | 21,376.10 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.69 | 21,347.41 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.72 | 21,315.69 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 28.61 | 21,287.08 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.67 | 21,253.41 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.56 | 21,222.85 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.50 | 21,193.35 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.53 | 21,159.82 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.42 | 21,130.40 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.41 | 21,097.99 |
| 11/29/17 | | Georgia Department of Revenue | Fiduciary Income Tax Refund 1/1/15 to 12/31/15. Taxes paid by Trustee's company. | 2820-000 | | -219.82 | 21,317.81 |

Page Subtotals: $21,630.00    $312.19

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 14-51529-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | RONALD MARTIN AGENOR | Bank Name: | Mechanics Bank |
| | TONYA WILLIAMS AGENOR | Account #: | ******3566 Checking Account |
| Taxpayer ID #: | **-***8192 | Blanket Bond (per case limit): | $27,655,000.00 |
| For Period Ending: | 06/30/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.34 | 21,287.47 |
| 12/04/17 | {20} | Pacific Life Insurance Company | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 9,471.00 | | 30,758.47 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 40.94 | 30,717.53 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.59 | 30,668.94 |
| 02/12/18 | | US Treasury (IRS) | Fiduciary Income Tax Refund 1/1/15 to 12/31/15. Includes interest of $1.52. Taxes paid by Trustee's company. | 2810-000 | | -113.69 | 30,782.63 |
| 02/22/18 | | US Treasure (IRS) | 12/2016 Tax Refund + Interest | 2810-000 | | -30.64 | 30,813.27 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 41.25 | 30,772.02 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 44.25 | 30,727.77 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.72 | 30,685.05 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 48.55 | 30,636.50 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 42.59 | 30,593.91 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 46.93 | 30,546.98 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 45.39 | 30,501.59 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.39 | 30,478.20 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.55 | 30,450.65 |
| 12/05/18 | {20} | Pacific Life Insurance Company | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 9,471.00 | | 39,921.65 |
| 12/03/19 | {20} | Pacific Life Insurance Company | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 9,471.00 | | 49,392.65 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 49,392.65 | 0.00 |
| | | | COLUMN TOTALS | | 50,043.00 | 50,043.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 49,392.65 | |
| | | | Subtotal | | 50,043.00 | 650.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $50,043.00 | $650.35 | |

{ } Asset Reference(s)  !  - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 14-51529-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | RONALD MARTIN AGENOR | Bank Name: | East West Bank |
| | TONYA WILLIAMS AGENOR | Account #: | ******0183 Demand Deposit Account |
| **Taxpayer ID #:** | **-***8192 | **Blanket Bond (per case limit):** | $27,655,000.00 |
| **For Period Ending:** | 06/30/2024 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 | | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 49,392.65 | | 49,392.65 |
| 03/31/20 | | East West Bank | Bank and Technology Service Fee | 2600-000 | | 39.47 | 49,353.18 |
| 04/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 78.88 | 49,274.30 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 76.13 | 49,198.17 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 83.87 | 49,114.30 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 81.11 | 49,033.19 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 75.75 | 48,957.44 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 83.47 | 48,873.97 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 78.11 | 48,795.86 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 75.39 | 48,720.47 |
| 12/31/20 | {20} | Pacific Liife Insurance Company | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 8,798.00 | | 57,518.47 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 85.66 | 57,432.81 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 88.97 | 57,343.84 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 85.77 | 57,258.07 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 100.94 | 57,157.13 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 91.60 | 57,065.53 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 85.36 | 56,980.17 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 100.45 | 56,879.72 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 91.16 | 56,788.56 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 97.08 | 56,691.48 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 90.86 | 56,600.62 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 87.69 | 56,512.93 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 96.61 | 56,416.32 |
| 12/03/21 | {20} | Pacific Life Insurance Company | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 8,798.00 | | 65,214.32 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 106.59 | 65,107.73 |
| 01/04/22 | 1000 | S. Gregory Hays | Trustee compensation and expenses paid per Order, Dkt # 88. | | | 6,057.64 | 59,050.09 |

Page Subtotals:   $66,988.65   $7,938.56

{ } Asset Reference(s)                                                                                              ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 14-51529-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | RONALD MARTIN AGENOR | Bank Name: | East West Bank |
| | TONYA WILLIAMS AGENOR | Account #: | ******0183 Demand Deposit Account |
| Taxpayer ID #: | **-***8192 | Blanket Bond (per case limit): | $27,655,000.00 |
| For Period Ending: | 06/30/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | S. Gregory Hays | Trustee compensation paid per Order, Dkt # 88. $5,995.33 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 88. $62.31 | 2200-000 | | | |
| 01/04/22 | 1001 | Lamberth, Cifelli, Ellis & Nason, P.A. | Attorney fees and expenses paid per Order, Dkt # 88. | | | 18,278.31 | 40,771.78 |
| | | Lamberth, Cifelli, Ellis & Nason, P.A. | Attorney fees paid per Order, Dkt # 88. $18,217.50 | 3210-000 | | | |
| | | Lamberth, Cifelli, Ellis & Nason, P.A. | Attorney expenses paid per Order, Dkt # 88. $60.81 | 3220-000 | | | |
| 01/04/22 | 1002 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 88. | | | 10,744.36 | 30,027.42 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 88. $10,707.50 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 88. $36.86 | 3220-000 | | | |
| 01/04/22 | 1003 | Hays Financial Consulting, LLC | Accountant fees and expenses paid per Order, Dkt # 88. | | | 9,552.89 | 20,474.53 |
| | | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt # 88. $8,850.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt # 88. $702.89 | 3320-000 | | | |
| 01/04/22 | 1004 | Department Of The Treasury Internal Revenue Servic | Interim Distribution. Paid per Order, Dkt # 89. | 5800-000 | | 5,478.77 | 14,995.76 |
| 01/04/22 | 1005 | CACH, LLC | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 117.89 | 14,877.87 |
| 01/04/22 | 1006 | American InfoSource LP as agent for | Interim Distribution. Paid per Order, Dkt # 89. CHECK VOIDED. PER AGENT - RJM OUT OF BUSINES IN YEAR 2017. Voided on 04/05/2022 | 7100-000 | | 13.19 | 14,864.68 |
| 01/04/22 | 1007 | Atlas Acquisitions LLC | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 109.36 | 14,755.32 |
| 01/04/22 | 1008 | Atlas Acquisitions LLC | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 38.63 | 14,716.69 |
| 01/04/22 | 1009 | Atlas Acquisitions LLC | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 112.89 | 14,603.80 |
| 01/04/22 | 1010 | Department Of The Treasury | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 46.29 | 14,557.51 |

Page Subtotals:     $0.00     $44,492.58

{ } Asset Reference(s)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 14-51529-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | RONALD MARTIN AGENOR | Bank Name: | East West Bank |
| | TONYA WILLIAMS AGENOR | Account #: | ******0183 Demand Deposit Account |
| Taxpayer ID #: | **-***8192 | Blanket Bond (per case limit): | $27,655,000.00 |
| For Period Ending: | 06/30/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/22 | 1011 | Ford Motor Credit Company, LLC | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 174.45 | 14,383.06 |
| 01/04/22 | 1012 | George Klein | Interim Distribution. Paid per Order, Dkt # 89. Check returned as undeliverable. Trustee trying to determine addr. Voided on 04/05/2022 | 7100-000 | | 142.51 | 14,240.55 |
| 01/04/22 | 1013 | Jason Feldman | Interim Distribution. Paid per Order, Dkt # 89. CHECK STOPPED. TO BE REISSUED TO NEW ADDRESS PER CREDITOR. Stopped on 03/14/2022 | 7100-000 | | 173.40 | 14,067.15 |
| 01/04/22 | 1014 | Harold Toussaint | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 1,500.01 | 12,567.14 |
| 01/04/22 | 1015 | FRANCHISE TAX BOARD | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 37.91 | 12,529.23 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 50.69 | 12,478.54 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.51 | 12,459.03 |
| 03/14/22 | 1013 | Jason Feldman | Interim Distribution. Paid per Order, Dkt # 89. CHECK STOPPED. TO BE REISSUED TO NEW ADDRESS PER CREDITOR. Stopped: check issued on 01/04/2022 | 7100-000 | | -173.40 | 12,632.43 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.54 | 12,609.89 |
| 04/05/22 | 1006 | American InfoSource LP as agent for | Interim Distribution. Paid per Order, Dkt # 89. CHECK VOIDED. PER AGENT - RJM OUT OF BUSINES IN YEAR 2017. Voided: check issued on 01/04/2022 | 7100-000 | | -13.19 | 12,623.08 |
| 04/05/22 | 1012 | George Klein | Interim Distribution. Paid per Order, Dkt # 89. Check returned as undeliverable. Trustee trying to determine addr. Voided: check issued on 01/04/2022 | 7100-000 | | -142.51 | 12,765.59 |
| 04/05/22 | 1016 | Jason Feldman | Interim Distribution. Paid per Order, Dkt # 89. | 7100-000 | | 173.40 | 12,592.19 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.77 | 12,572.42 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.74 | 12,552.68 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.23 | 12,530.45 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.41 | 12,511.04 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.05 | 12,488.99 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.01 | 12,468.98 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.31 | 12,449.67 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.28 | 12,428.39 |

Page Subtotals:   $0.00   $2,129.12

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 14-51529-WLH | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | RONALD MARTIN AGENOR | Bank Name: | East West Bank |
| | TONYA WILLIAMS AGENOR | Account #: | ******0183 Demand Deposit Account |
| Taxpayer ID #: | **-***8192 | Blanket Bond (per case limit): | $27,655,000.00 |
| For Period Ending: | 06/30/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/08/22 | {20} | Pacific Life Insurance Company | Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 8,798.40 | | 21,226.79 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 30.25 | 21,196.54 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.23 | 21,160.31 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.65 | 21,128.66 |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 34.98 | 21,093.68 |
| 04/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.55 | 21,062.13 |
| 05/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 37.13 | 21,025.00 |
| 06/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 33.69 | 20,991.31 |
| 07/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 32.52 | 20,958.79 |
| 08/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.95 | 20,921.84 |
| 09/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 32.41 | 20,889.43 |
| 10/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 35.71 | 20,853.72 |
| 11/27/23 | {20} | Pacific Life Insurance Company | Incoming Wire. Annual pension payment from ATP. Per Order dated 4/27/2015 approving settlement, Doc. No. 59. | 1129-000 | 7,248.40 | | 28,102.12 |
| 11/30/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 34.58 | 28,067.54 |
| 12/29/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 43.48 | 28,024.06 |
| 01/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 49.28 | 27,974.78 |
| 02/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 43.22 | 27,931.56 |
| 03/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 43.15 | 27,888.41 |
| 04/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 47.54 | 27,840.87 |
| 05/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 45.98 | 27,794.89 |
| 06/28/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 41.46 | 27,753.43 |
| | | | COLUMN TOTALS | | 83,035.45 | 55,282.02 | $27,753.43 |
| | | | Less: Bank Transfers/CDs | | 49,392.65 | 0.00 | |
| | | | Subtotal | | 33,642.80 | 55,282.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $33,642.80 | $55,282.02 | |

{ } Asset Reference(s)           ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| | |
|---|---|
| **Case No.:** | 14-51529-WLH |
| **Case Name:** | RONALD MARTIN AGENOR<br>TONYA WILLIAMS AGENOR |
| **Taxpayer ID #:** | **-***8192 |
| **For Period Ending:** | 06/30/2024 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0183 Demand Deposit Account |
| **Blanket Bond (per case limit):** | $27,655,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $83,685.80 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $83,685.80 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3566 Checking Account | $50,043.00 | $650.35 | $0.00 |
| ******0183 Demand Deposit Account | $33,642.80 | $55,282.02 | $27,753.43 |
| | $83,685.80 | $55,932.37 | $27,753.43 |